**CLOSED CASE**

FILED by ___ D.C.
JUL 27 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-81181-CIV-PAINE /JOHNSON

EDDY USTAREZ, )
)
Plaintiff, )
)
v. )
)
ROSS STORES, INC., et al )
)
Defendant. )
_____/

### FINAL JUDGMENT OF DISMISSAL ON SETTLEMENT

THIS CAUSE having come before the Court upon the parties' Stipulation For Judgment of Dismissal on Settlement, it is hereby

ORDERED and ADJUDGED that the parties' Stipulation is accepted and this action, and each claim which was or could have been brought therein, is dismissed with prejudice. Neither party shall be awarded costs or attorney's fees. The Clerk shall close this case.

DONE and ORDERED in West Palm Beach, Florida, this 27th day of July, 2005.

_____
James C. Paine
United States District Court Judge

## SERVICE LIST

**Counsel for Defendant:**
Courtney B. Wilson, Esq.
LITTLER MENDELSON, P.C.
One Biscayne Tower
2 S. Biscayne Blvd., Suite 1500
Miami, Florida 33131
Email: cwilson@littler.com
Tel: (305) 400-7500
Fax: (305) 603-2552

**Co-Counsel for Plaintiff:**
Greg Shavitz, Esq.
Shavitz Law Group, P.A.
Attorneys for Plaintiff
7800 Congress Avenue
Suite 108
Boca Raton, FL 33437
Email: gshavitz@shavitzlaw.com
Tel: (561) 447-8888
Fax: (561) 447-8831